JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFIORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EDMUND RHEE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 8:23-cv-02209-MWF(KESx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court, having considered the parties' Stipulation to Dismiss with Prejudice (Docket No. 59), and good cause appearing, IT IS ORDERED that this action is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each side shall bear his or its own costs, expenses, and fees.  The Court shall not retain jurisdiction over the above captioned action, this settlement, or the United States.

Dated: July 31, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge